AO 245D (MIWD Rev. 09/11)- Judgment in a Criminal Case for Revocations

# United States District Court
## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| -vs- | Case Number: 1:11-cr-188-1<br>USM Number: 15984-040 |
| DAVID ANTONIO ALLEN | Deno P. Fotieo<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to each of Violations One, Two and Four through Seven of the term of supervision.

☐ was found in violation of Conditions(s) _____, after denial of guilt.

| **Violation Number** | **Nature of Violation** |
|---|---|
| One | New Law Violation |
| Two | New Law Violation |
| Four | New Law Violation |
| Five | New Law Violation |
| Six | Possession of a Firearm |
| Seven | Possession and Consumption of Alcohol |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

☒ Violation Three is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 1, 2018

DATED: March 1, 2018

/s/ Janet T. Neff
JANET T. NEFF
UNITED STATES DISTRICT JUDGE

AO 245D (MIWD Rev. 09/11)- Judgment in a Criminal Case for Revocations

Judgment – Page 2
Defendant: DAVID ANTONIO ALLEN
Case Number: 1:11-cr-188-1

## IMPRISONMENT

The defendant's term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **EIGHT (8) MONTHS**, to run concurrent to the sentence imposed by this Court on March 1, 2018 in Case No. 1:17-cr-222, and with no term of supervised release to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The Defendant shall surrender to the United States Marshal for this district:
   ☐ At _____ on _____.
   ☐ As notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ Before 2:00 P.M. on _____.
   ☐ As notified by the United States Marshal.
   ☐ As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ To _____

At _____, with a certified copy of this judgment.

_____
United States Marshal

By: _____
       Deputy U.S. Marshal